AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

Criminal No. 8:23-cr-117-VMC-JSS

COURTNEY WRIGHT

I, Courtney Wright, the above-named defendant, who is accused of wire fraud, in violation of 18 U.S.C. § 371, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

Courtney Wright
Defendant

Amanda Powers Sellers, Esq.
Counsel for Defendant

Before ______________________________
Judicial Officer